IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

V.              CRIMINAL NO. 09-20042-002

DONNA CRAWFORD                                                       DEFENDANT

## ORDER

Now before the Court comes the above-styled cause. On December 15, 2009, the Court permitted Defendant to be released on home detention with electronic monitoring pending her sentencing hearing. The Court explicitly stated that Defendant would be immediately detained upon submission of a positive drug test or any other violation of a condition of release. On December 17, 2009, the U.S. Probation Office advised the Court that Defendant had submitted a positive drug test. Accordingly, Defendant is remanded to the custody of the U.S. Marshal's Service pending her sentencing hearing.

IT IS SO ORDERED this 18TH day of December, 2009.

/S/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**